# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KABIL ANTON DJENASEVIC,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVE LANGFORD, et al.,<br><br>        Defendants. | Case No. CV 18-0065-DMG (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) Defendant Langford's Motion to Dismiss the Complaint for failure to state a claim is granted;

(2) Defendant Langford's Motion to Dismiss based on qualified immunity is denied without prejudice; and

(3) the Complaint is dismissed with leave to amend.

If Plaintiff desires to pursue this action, he is **ORDERED** to file a First Amended Complaint within **thirty (30) days** of the date of this Order, which remedies the deficiencies discussed in the Report and Recommendation.

If Plaintiff chooses to file a First Amended Complaint, it should: (1) bear the docket number assigned in this case; (2) be labeled "First Amended Complaint"; (3) be filled out exactly in accordance with the directions on the form; and (4) be complete in and of itself without reference to the previous complaints or any other pleading, attachment or document. The Clerk is directed to provide Plaintiff with a blank Central District of California civil rights complaint form, which Plaintiff must fill out completely and resubmit.

**Plaintiff is admonished that, if he fails to file a First Amended Complaint by the deadline set herein, this action may be dismissed for failure to prosecute and failure to comply with a Court order**.

DATED: September 16, 2019

/s/ Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2