## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 18-0065-DMG (JEM) | Date | October 28, 2019 |
|---|---|---|---|
| Title | KABIL ANTON DJENASEVIC v. STEVE LANGFORD, et al. | | |

Present: The Honorable  John E. McDermott, United States Magistrate Judge

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On September 16, 2019, the District Judge issued an Order Accepting Findings and Recommendations of United States Magistrate Judge ("Dismissal Order"), in which the Complaint was dismissed with leave to amend and Plaintiff was ordered to file a First Amended Complaint ("FAC") within thirty days.

Plaintiff has failed to file the FAC, which was due no later than October 16, 2019.

In addition, on October 15, 2019, the Dismissal Order that had been mailed to Plaintiff was returned to the Court as undeliverable. Plaintiff has been specifically advised that he is required by Local Rule 41-6 to keep the Court apprised of his current address and that failure to do so could result in dismissal of this action for failure to prosecute.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute based on Plaintiff's failure to file a FAC and failure to keep the Court apprised of his current address in violation of Local Rule 41-6. Plaintiff shall file a written response to this Order to Show Cause no later than **November 11, 2019**. Cause may be shown if Plaintiff files a FAC and a notice of change of address.

Failure to respond to this Order to Show Cause as ordered may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a Court order.

cc: Parties

|  | : |
|---|---|
| Initials of Preparer | slo |